IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROL BASSETT, )<br>)<br>   Plaintiff, )<br>)<br>      v. )<br>)<br>CRESCENT ELECTRIC SUPPLY )<br>COMPANY, )<br>)<br>   Defendants. ) | Case No. 15-cv-7012<br><br>JURY DEMANDED |

# COMPLAINT

Plaintiff, by counsel, alleges as follows:

## JURISDICTION

1. This is a civil action arising under the Equal Pay Act of 1963, codified at 29 U.S.C. Section 206(d).

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. Section 1331 (federal question).

## PARTIES and VENUE

3. Plaintiff CAROL BASSETT is a woman.

4. Defendant CRESCENT ELECTRIC SUPPLY COMPANY ("CRESCENT ELECTRIC") is a Delaware corporation that distributes electrical hardware and supplies.

5. Based in East Dubuque, Illinois, CRESCENT ELECTRIC has 141 distribution facilities in 27 states, serving contractors, original equipment manufacturers and the maintenance, repair and operations needs of commercial, industrial, institutional and utility customers nationwide.

6. CRESCENT ELECTRIC has twelve branches in Illinois.

7. BASSETT has been employed by CRESCENT ELECTRIC for twenty-four years.

8. Plaintiff works out of her home, which is in Aurora, Illinois.

## COUNT I: EQUAL PAY ACT VIOLATIONS

9. For the past ten years, BASSETT's job title at CRESCENT ELECTRIC has been National Strategic Accounts Manager.

10. Throughout that time, CRESCENT ELECTRIC has paid (and continues to pay) BASSETT less than a man who has the same job.

11. BASSETT and this man performed and continue to perform work that requires equal skill, effort, and responsibility and is performed under similar working conditions.

12. The actions and omissions of CRESCENT ELECTRIC violate the Equal Pay Act.

WHEREFORE plaintiff requests that judgment be entered in her favor and against defendant and that she be awarded all remedies to which she is entitled under the law, including but not limited to back pay, liquidated damages, and attorney's fees and costs.

**Plaintiff Demands Trial By Jury**

                                      BY:    <u>Julie O. Herrera</u>
                                                  Julie O. Herrera
                                                  *Attorney for Plaintiff*

Law Office of Julie O. Herrera
53 W. Jackson, Suite 1615
Chicago, IL 60604
Tel: 312-697-0022
Fax: 312-697-0812