# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CAROL BASSETT, | ) |
| | ) |
| Plaintiff, | ) Case No. 15-cv-7012 |
| | ) |
| v. | ) Judge Wood |
| | ) |
| CRESCENT ELECTRIC SUPPLY COMPANY, | ) Magistrate Judge Martin |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1)(A), IT IS HEREBY STIPULATED AND AGREED between the parties, by their respective attorneys of record, that this case be dismissed with prejudice with each side to bear its own costs and fees.

Respectfully submitted by:

| *For Plaintiff:* | *For Defendant* |
|---|---|
| /s/ Julie O. Herrera | /s/ Natalie S. Federle |
| Law Office of Julie O. Herrera | Attorney at Law |
| 53 W. Jackson, Suite 1615 | Jackson Lewis P.C. |
| Chicago, IL 60604 | 150 N. Michigan Avenue, Suite 2500 |
| Tel: 312-697-0022 | Chicago, IL 60601 |
| Fax: 312-697-0812 | Natalie.Federle@jacksonlewis.com |
| jherrera@julieherreralaw.com | 312.803.2505 \| Direct dial |
| | 312.787.4949 \| Main |
| | 312.787.4995 \| Fax |